BEFORE THE FIRST DIVISION, DECEMBER 4, 1952

**No. 56963.**—J. E. Bernard & Company, Inc. v. United States, protest 182603–K/3524 (Chicago).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 4, 1952

**No. 56964.**—American Express Company v. United States, protests 143393–K/1786 and 143398–K/1831 (Chicago).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that which was the subject of *The Midwest Waste Material Co.* and *E. J. Keller Co., Inc.* v. *United States* (28 Cust. Ct. 8, C. D. 1382), the claim of the plaintiff was sustained.

FORD, J., dissented from the conclusion reached by his associates in this case for the reasons stated in his dissenting opinion in C. D. 1382, *supra.*